# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | chapter 7 |
| **CHARLES T. GOSNEY,** | Bankruptcy No. 18-04240 |
| Debtor. | Honorable Pamela S. Hollis |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #21)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on October 1, 2018.

Dated: October 1, 2018                **Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of **CHARLES T. GOSNEY,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.   815-846-8516
e.  trustee@zanezielinski.com

Mailing Information for Case 18-04240

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Dana N O'Brien on behalf of Creditor Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America
dana.obrien@mccalla.com, NDistrict@mccalla.com

Konstantine T. Sparagis on behalf of Debtor 1 Charles T Gosney
gsparagi@yahoo.com, Gus@konstantinelaw.com;Morgan@konstantinelaw.com;Drew@konstantinelaw.com

## VIA US MAIL

Internal Revenue Service
P O Box 7346
Philadelphia, Pa 19101

Charles T. Gosney
21443 PIONEER COURT
FRANKFORT, IL  60423

Money Mailer
6261 Katella Ave, Ste 200
Cypress, Ca 90630

Discover Bank
Discover Products Inc
Po Box 3025
New Albany, Oh 43054-3025

Capital One, N.A.
C O Becket And Lee Llp
Po Box 3001
Malvern, Pa 19355-0701

Td Bank, Usa
By American Infosource Lp As Agent
4515 N Santa Fe Ave
Oklahoma City, Ok 73118

John Hebensrtreit
1527 Branford Ln.
Naperville, Il 60564

Comenity Capital Bank/Paypal Credit
C/O Weinstein & Riley, Ps
2001 Western Ave., Ste 400
Seattle, Wa 98121

Pyod, Llc Its Successors And Assigns As Assignee
Of Citibank, N.A.
Resurgent Capital Services
Po Box 19008
Greenville, Sc 29602

Portfolio Recovery Associates, Llc
Successor To Synchrony Bank
(Toys R Us Credit Card)
Pob 41067
Norfolk, Va 23541

Fifth Third Bank
Po Box 9013
Addison, Texas 75001