# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: § | |
| § | |
| Charles T Gosney § | Case No. 18-04240 |
| § | |
| Debtor § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 395,115.00                     Assets Exempt: 21,900.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 6,328.00       Claims Discharged
                                                  Without Payment: 525,930.25

Total Expenses of Administration: 1,612.34

---

3) Total gross receipts of $ 7,940.34 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 7,940.34 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 403,499.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,612.34 | 1,612.34 | 1,612.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,237.49 | 1,237.49 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 120,269.66 | 91,270.40 | 91,270.40 | 6,328.00 |
| **TOTAL DISBURSEMENTS** | $ 523,768.66 | $ 94,120.23 | $ 94,120.23 | $ 7,940.34 |

    4) This case was originally filed under chapter 7 on 02/16/2018 . The case was pending for 11 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/09/2019    By:/s/Zane L. Zielinski, Trustee
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account With Chase Business (Not Estate Property) | 1129-000 | 7,940.34 |
| **TOTAL GROSS RECEIPTS** | | **$ 7,940.34** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Seterus Inc, 14523 Sw Millikan Way St Beaverton, OR 97005 | | 403,499.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 403,499.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 1,544.03 | 1,544.03 | 1,544.03 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 23.09 | 23.09 | 23.09 |
| Associated Bank | 2600-000 | NA | 45.22 | 45.22 | 45.22 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,612.34 | $ 1,612.34 | $ 1,612.34 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| 3 | Internal Revenue Service | 5800-000 | 0.00 | 1,237.49 | 1,237.49 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 1,237.49 | $ 1,237.49 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barclaycard, PO Box 60517 City of Industry, CA 91716 | | 7,080.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware, Po Box 8803 Wilmington, DE 19899 | | 0.00 | NA | NA | 0.00 |
| | Capital One, 15000 Capital One Dr Richmond, VA 23238 | | 6,500.00 | NA | NA | 0.00 |
| | Chase (Business), PO Box 15123 Wilmington, DE 19850 | | 8,631.42 | NA | NA | 0.00 |
| | Chase (Personal), PO Box 15548 Wilmington, DE 19886 | | 8,176.61 | NA | NA | 0.00 |
| | Chase Card, Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Card, Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Citi Cards, PO Box 78045 Phoenix, AZ 85062 | | 0.00 | NA | NA | 0.00 |
| | Comenitybk/victoriasec, Po Box 182789 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover, PO Box 6103 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Dsnb Macys, Po Box 8218 Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Fifth Third Bank, PO Box 740789 Cincinnati, OH 45274 | | 0.00 | NA | NA | 0.00 |
| | Home Dept Credit Card Services, PO Box 790328 Saint Louis, MO 63179 | | 302.00 | NA | NA | 0.00 |
| | I C System Inc, Po Box 64378 Saint Paul, MN 55164 | | 194.00 | NA | NA | 0.00 |
| | I C System, PO Box 64437 Saint Paul, MN 55164 | | 0.00 | NA | NA | 0.00 |
| | Kabbage, 925B Peachtree Street NE, Ste. 1688 Atlanta, GA 30309 | | 5,776.82 | NA | NA | 0.00 |
| | Kohls/capone, N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 313.00 | NA | NA | 0.00 |
| | Thd/cbna, Po Box 6497 Sioux Falls, SD 57117 | | 515.00 | NA | NA | 0.00 |
| 2 | Discover Bank | 7100-000 | 6,400.00 | 6,411.62 | 6,411.62 | 480.55 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | John Hebensrtreit | 7100-000 | 6,000.00 | 6,000.00 | 6,000.00 | 449.70 |
| 1 | Money Mailer | 7100-000 | 58,243.81 | 66,004.43 | 66,004.43 | 4,947.00 |
| 9 | Portfolio Recovery Associates, Llc | 7100-000 | 4,137.00 | 4,137.93 | 4,137.93 | 310.13 |
| 8 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 889.00 | 880.41 | 880.41 | 65.99 |
| 5 | Td Bank, Usa | 7100-000 | 393.00 | 451.72 | 451.72 | 33.86 |
| 4 | Capital One, N.A. | 7100-001 | 0.00 | 292.88 | 292.88 | 21.95 |
| 7 | Comenity Capital Bank/Paypal Credit | 7100-001 | 0.00 | 251.10 | 251.10 | 18.82 |
| 10 | Fifth Third Bank | 7200-000 | 6,718.00 | 6,839.42 | 6,839.42 | 0.00 |
| 3a | Internal Revenue Service | 7300-000 | NA | 0.89 | 0.89 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 120,269.66 | $ 91,270.40 | $ 91,270.40 | $ 6,328.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-04240 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Charles T Gosney | | | | Date Filed (f) or Converted (c): | 02/16/2018 (f) |
| | | | | | 341(a) Meeting Date: | 03/20/2018 |
| For Period Ending: | 01/09/2019 | | | | Claims Bar Date: | 06/21/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 21443 Pioneer Ct. Frankfort Il 60423-3000 Will | 400,000.00 | 0.00 | | 0.00 | FA |
| 2. 2004 Honda Pilot Mileage: 200,800 | 3,500.00 | 0.00 | | 0.00 | FA |
| 3. Miscellaneous Household Goods, Tv, Laptops, Iphones, Sofas | 4,000.00 | 0.00 | | 0.00 | FA |
| 4. Coin Collection | 100.00 | 0.00 | | 0.00 | FA |
| 5. Golf Clubs | 250.00 | 0.00 | | 0.00 | FA |
| 6. Miscellaneous Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 7. Wedding Ring, Diamond Ring | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. Cash On Hand | 20.00 | 0.00 | | 0.00 | FA |
| 9. Checking Account With Chase Business (Not Estate Property) | 9,069.00 | 0.00 | | 7,940.34 | FA |
| 10. Checking And Savings Account With Chase (Personal) | 790.00 | 0.00 | | 0.00 | FA |
| 11. Adp 3 Shares | 150.00 | 0.00 | | 0.00 | FA |
| 12. Goscorp | 5.00 | 0.00 | | 0.00 | FA |
| 13. Exported It Online | 1,000.00 | 0.00 | | 0.00 | FA |
| 14. Pension Through Former Employer | 0.00 | 0.00 | | 0.00 | FA |
| 15. Tax Refund Federal/State | 1,000.00 | 0.00 | | 0.00 | FA |
| 16. Interests In Insurance Policy - Term Through Axa - No Cash V | 0.00 | 0.00 | | 0.00 | FA |
| 17. Goscorp Receivables Est. (Not Estate Property) | 3,500.00 | 0.00 | | 0.00 | FA |
| 18. Office Equipment | 200.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $426,084.00 | $0.00 | | $7,940.34 | $0.00 |

(Total Dollar Amount in Column 6)

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing of sale, and other action:

The Trustee has retained an accountant, and is currently preparing 2018 tax return.

Exhibit 8

Initial Projected Date of Final Report (TFR): 02/28/2019        Current Projected Date of Final Report (TFR): 02/28/2019

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 18-04240 | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|
| Case Name: | Charles T Gosney | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX2484 |
| | | | Checking |
| Taxpayer ID No: | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/09/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 03/28/18 | 9 | Charles Gosney Cashier's Check | Bank Account | 1129-000 | $7,940.34 | | $7,940.34 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.28 | $7,930.06 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.79 | $7,918.27 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.39 | $7,906.88 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.76 | $7,895.12 |
| 11/02/18 | 5001 | Trustee Zane L. Zielinski 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 | Distribution | | | $1,567.12 | $6,328.00 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($1,544.03) | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($23.09) | 2200-000 | | | |
| 11/02/18 | 5002 | Internal Revenue Service P O Box 7346 Philadelphia, Pa 19101 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | 5800-000 | | $1,237.49 | $5,090.51 |
| 11/02/18 | 5003 | Money Mailer 6261 Katella Ave, Ste 200 Cypress, Ca 90630 | Final distribution to claim 1 representing a payment of 6.03 % per court order. | 7100-000 | | $3,979.58 | $1,110.93 |
| 11/02/18 | 5004 | Discover Bank Discover Products Inc Po Box 3025 New Albany, Oh 43054-3025 | Final distribution to claim 2 representing a payment of 6.03 % per court order. | 7100-000 | | $386.57 | $724.36 |
| 11/02/18 | 5005 | Capital One, N.A. C O Becket And Lee Llp Po Box 3001 Malvern, Pa 19355-0701 | Final distribution to claim 4 representing a payment of 6.03 % per court order. | 7100-000 | | $17.66 | $706.70 |

Page Subtotals: $7,940.34 $7,233.64

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 18-04240 | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|
| Case Name: | Charles T Gosney | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX2484 |
| | | | Checking |
| Taxpayer ID No: | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/09/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/02/18 | 5006 | Td Bank, Usa<br>By American Infosource Lp As Agent<br>4515 N Santa Fe Ave<br>Oklahoma City, Ok 73118 | Final distribution to claim 5 representing a payment of 6.03 % per court order. | 7100-000 | | $27.24 | $679.46 |
| 11/02/18 | 5007 | John Hebensrtreit<br>1527 Branford Ln.<br>Naperville, Il 60564 | Final distribution to claim 6 representing a payment of 6.03 % per court order. | 7100-000 | | $361.76 | $317.70 |
| 11/02/18 | 5008 | Comenity Capital Bank/Paypal Credit<br>C/O Weinstein & Riley, Ps<br>2001 Western Ave., Ste 400<br>Seattle, Wa 98121 | Final distribution to claim 7 representing a payment of 6.03 % per court order. | 7100-000 | | $15.14 | $302.56 |
| 11/02/18 | 5009 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 8 representing a payment of 6.03 % per court order. | 7100-000 | | $53.08 | $249.48 |
| 11/02/18 | 5010 | Portfolio Recovery Associates, Llc<br>Successor To Synchrony Bank<br>(Toys R Us Credit Card)<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 9 representing a payment of 6.03 % per court order. | 7100-000 | | $249.48 | $0.00 |
| 11/16/18 | 5002 | Internal Revenue Service<br>P O Box 7346<br>Philadelphia, Pa 19101 | Final distribution to claim 3 representing a payment of 100.00 % per court order.<br>Reversal<br>IRS Returned the check voided | 5800-000 | | ($1,237.49) | $1,237.49 |
| 11/27/18 | 5011 | Money Mailer<br>6261 Katella Ave, Ste 200<br>Cypress, Ca 90630 | Final distribution to claim 1 creditor account # representing a payment of 1.47 % per court order. | 7100-000 | | $967.42 | $270.07 |
| 11/27/18 | 5012 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 2 creditor account # representing a payment of 1.47 % per court order. | 7100-000 | | $93.98 | $176.09 |
| 11/27/18 | 5013 | Clerk, U.S. Bankruptcy Court | Remit to Court | | | $7.97 | $168.12 |

Page Subtotals: $0.00    $538.58

UST Form 101-7-TDR (10/1/2010) (Page: 11)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 18-04240 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Charles T Gosney | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2484 |
| | Checking |
| Taxpayer ID No: | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/09/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Capital One, N.A. | Final distribution to claim 4 creditor account # representing a payment of 1.46 % per court order. | ($4.29) 7100-001 | | | |
| | | Comenity Capital Bank/Paypal Credit | Final distribution to claim 7 creditor account # representing a payment of 1.47 % per court order. | ($3.68) 7100-001 | | | |
| 11/27/18 | 5014 | Td Bank, Usa<br>By American Infosource Lp As Agent<br>4515 N Santa Fe Ave<br>Oklahoma City, Ok 73118 | Final distribution to claim 5 creditor account # representing a payment of 1.47 % per court order. | 7100-000 | | $6.62 | $161.50 |
| 11/27/18 | 5015 | John Hebensrtreit<br>1527 Branford Ln.<br>Naperville, Il 60564 | Final distribution to claim 6 creditor account # representing a payment of 1.47 % per court order. | 7100-000 | | $87.94 | $73.56 |
| 11/27/18 | 5016 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 8 creditor account # representing a payment of 1.47 % per court order. | 7100-000 | | $12.91 | $60.65 |
| 11/27/18 | 5017 | Portfolio Recovery Associates, Llc<br>Successor To Synchrony Bank<br>(Toys R Us Credit Card)<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 9 creditor account # representing a payment of 1.47 % per court order. | 7100-000 | | $60.65 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $7,940.34 | $7,940.34 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $7,940.34 | $7,940.34 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,940.34 | $7,940.34 |

Page Subtotals: $0.00  $168.12

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2484 - Checking | $7,940.34 | $7,940.34 | $0.00 |
|  | $7,940.34 | $7,940.34 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $7,940.34 |
| Total Gross Receipts: | $7,940.34 |